UNITED STATES COURTS DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| REYNALDO MORENO CABRERA | |
|---|---|
| Plaintiff(s) | Civil Action No. 22-CV-1816 (TJK) |
| MOGOO, INC. et al | |
| Defendant(s) | |

JUDGMENT ON OFFER & ACCEPTANCE

Pursuant to Federal Rule of Civil Procedure 68, Defendant Hamel Builders, Inc. hereby offer to allow judgment to be entered against them in this action, the terms of which are as follows:

1. In full and final settlement of all of Plaintiff's claims against Hamel Builders in this matter including, without limitation, any and all claims asserted against Hamel Builders under the District of Columbia Minimum Wage Revision Act, D.C. Code § 32-100, et seq. ("DCMWRA"); the District of Columbia Payment and Collections of Wages Law, D.C. Code §§ 32-1301, et seq. ("DCWPCL"); and the Accrued Sick and Safe Leave Act of 2008 ("DCASSLA"), D.C. Code § 32-531.01, et seq., Hamel Builders shall pay Plaintiff a total of $36,949.80 in damages, representing Plaintiff's claims against Hamel Builders for unpaid wages and liquidated damages equal to three time the unpaid wages, pursuant to the DCMWRA and the DCWPCL, and penalties and damages under the DCASSLA.

2. Further, Hamel Builders shall pay an additional amount for attorney's fees, costs and expenses incurred by Plaintiff for the portion of the case related to the claims against Hamel Builders as to be determined by the Court.

Plaintiff thereafter accepted this Offer of Judgment. See ECF No. 43-2. Accordingly, in light of Plaintiff's Notice of Acceptance with Offer of Judgment, ECF No. 43, the Court enters judgment in accordance with the accepted Offer of Judgment pursuant to Federal Rule of Civil Procedure 68.

| Date | Jun 23, 2023 | Signature of clerk or deputy clerk | Date: 2023.06.23 08:59:20 -04'00' |

ANGELA D. CAESAR, CLERK OF COURT