IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REYNALDO MORENO CABRERA,<br><br>　　　　　Plaintiff,<br>　v.<br><br>MOGOO, INC., *et al.*,<br><br>　　　　　Defendants. | Civil Action No. 1:22-CV-01816-TJK |

**NOTICE OF STIPULATED DISMISSAL OF DEFENDANT CBG BUILDING COMPANY, LLC**

Pursuant to Rule 41(a)(1)(A) of Federal Rules of Civil Procedure, Plaintiff and Defendant CBG Building Company, LLC, hereby stipulate to the dismissal of Defendant CBG Building Company, LLC from this action.

Respectfully submitted,

| | |
|---|---|
| */s/Andrew Balashov*<br>Andrew Balashov<br>D.C Bar No.: 1630738<br>MELEHY & ASSOCIATES LLC<br>8403 Colesville Road, Suite 610<br>Silver Spring, MD 20910<br>Tel: (301) 587-6364<br>Fax: (301) 587-6308<br>Email: abalashov@melehylaw.com<br><br>*Counsel for Plaintiff* | */S/Joon Hwang*<br>Joon Hwang, Bar No. 1005117<br>LITTLER MENDELSON, P.C.<br>1800 Tysons Blvd.<br>Suite 500<br>Tysons Corner, VA 22102<br>Tel: (703) 442-8425<br>Fax: (703) 373-2628<br>Email: jhwang@littler.com<br><br>*Counsel for Defendant,*<br>*CBG Building Company, LLC* |