IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REYNALDO MORENO CABRERA,<br><br>  Plaintiff,<br>v.<br><br>MOGOO, INC., *et al*.,<br><br>  Defendants. | Civil Action No. 1:22-CV-01816-TJK |

**PRAECIPE FILING OFFER OF JUDGMENT AND PLAINTIFF'S NOTICE OF ACCEPTANCE OF OFFER**

Plaintiff, through counsel, pursuant to Federal Rule 68, files the following documents pursuant to Federal Rule 68:

i. Rule 68 Offer of Judgment served by Defendants: (1) Mogoo, Inc.; (2) ENB, Ltd.; (3) John Gibbs, Jr. a/k/a John Gibbs; (4) Jamie Gibbs; and (5) Mary Gibbs (collectively, the "Mogoo and ENB Defendants"), by electronic mail on July 22, 2024; and

ii. Plaintiff's Notice of Acceptance of the foregoing Offer of Judgment and Proof of Service.

Respectfully submitted,

/s/Andrew Balashov
Andrew Balashov
DC Fed. Bar No. 1630738
MELEHY & ASSOCIATES LLC
8403 Colesville Road Suite 610
Silver Spring, Maryland 20910
abalashov@melehylaw.com
Telephone:  (301) 587-6364
Facsimile:  (301) 587-6308
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** on this 23rd day of July 2024, the foregoing, was served using the Court's CM/ECF System on the following individuals:

Roya Vasseghi, Esquire
Erin Schiffman, Esquire
VASSEGHI LAW GROUP
9663-D Main Street
Fairfax, VA  22031
Telephone: (703) 215-9358
roya@vasseghilawgroup.com
erin@vasseghilawgroup.com

*Counsel for Defendants Mogoo, Inc., John Gibbs Jr., Mary Gibbs, Jamie Gibbs, and ENB, LTD.*

Stuart L. Peacock, Esquire
1513 Varnum St., NW
Washington DC, 20011
(202 714-6800
Stuart.l.peacock@gmail.com

*Counsel for Defendant K L Development, LLC*

                                        /s/Andrew Balashov
                                        Andrew Balashov