UNITED STATES COURTS DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| REYNALDO MORENO CABRERA | |
|---|---|
| Plaintiff(s) | Civil Action No. 22-CV-1816 (TJK) |
| MOGOO, INC. et al | |
| Defendant(s) | |

JUDGMENT ON OFFER & ACCEPTANCE

On July 23, 2024, Plaintiff filed a notice under Federal Rule of Civil Procedure 68 stating that he had accepted an offer of judgment from Defendants Mogoo, Inc.; ENB, Ltd.; John Gibbs, Jr. a/k/a John Gibbs; Jamie Gibbs; and Mary Gibbs, providing that those Defendants shall pay Plaintiff the total amount of SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00), jointly and severally, plus reasonable attorney's fees and costs, as set forth in the Offer of Judgment, ECF No. 141-1, in full and final satisfaction of Plaintiff's claims against them in this lawsuit (No. 22-cv-1816).

Therefore, in accordance with Rule 68, judgment is hereby entered for Plaintiff against Defendants Mogoo, Inc.; ENB, Ltd.; John Gibbs, Jr. a/k/a John Gibbs; Jamie Gibbs; and Mary Gibbs, the terms of which are set forth in ECF No. 141-1 and incorporated herein by reference.

Date: Aug 21, 2024

Signature of clerk or deputy clerk

Date: 2024.08.21 14:37:12 -04'00'

ANGELA D. CAESAR, CLERK OF COURT